Joan M. Travostino
K&L Gates LLP
420 L Street
Suite 400
Anchorage, AK 99501-1971
Tel. : (907) 276-1969
Fax : (907) 276-1365
Email: joan.travostino@klgates.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re ) | |
| ) | |
| NIKA MINES LLC, ) | CASE NO.: A-09-00574 |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

### ALASKA EARTH SCIENCES, INC.'S MOTION FOR RELIEF FROM STAY

Alaska Earth Sciences, Inc. ("AES") moves for relief from the automatic stay of 11 U.S.C. §362 and respectfully represents:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on August 20, 2009.

2. AES is the holder of a secured claim against the debtor, and pursuant to AK LBR 4001-1, AES provides the following information.

   (a) The present balance owing to AES as of August 21, 2009, excluding any pre-computed interest or other unearned charges is $224,547.07, consisting of:

   | | |
   |---|---|
   | Principal | $200,000.00 |
   | Interest through 8.21.09 | $12,821.90 |
   | Attorneys fees and costs | $11,725.17 |

Pre diem $98.63

(b) The date on which the subject debt was incurred is January 6, 2009, as a settlement for unpaid professional geological services from 2007.

(c) AES holds a lien through a deed of trust upon the following described property of the debtor: 125 State of Alaska mining claims located in the Iliamna Recording District.

(d) The nature of AES's lien through a deed of trust, the date upon which the deed of trust was obtained, and the date upon which the deed of trust was perfected are as follows:

    Nature of Lien:    Deed of Trust

    Date Obtained:    Executed on Dec. 12, 2008, delivered on January 6, 2009

    Date Perfected:    January 6, 2009

AES has attached copies of all perfection documents necessary to provide the validity of its deed of trust to this request.

(e) The location of AES's collateral is in the Iliamna Recording District.

(f) The fair market value of AES's collateral is unknown and is subject to abandonment under State of Alaska law at noon on September 1, 2009.

(g) AES knows of no other lien claimant.

(h) The total amount of the debt owing as described in (a) is due at this time, as the maturity date of the promissory note underlying the deed of trust has passed.

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ALASKA EARTH SCIENCES, INC.'S MOTION FOR
RELIEF FROM STAY
Case No. A-09-00574
Page 2 of 6

(i) This request is made under the following subsection of § 362 of the Bankruptcy Code: § 362(d)(1).

(j) Other facts that are relevant in determining whether relief from stay should be granted are as follows:

AES seeks relief from stay on shortened time because the debtor has failed to provide adequate protection to prevent the State of Alaska mining claims from being deemed abandoned by the State of Alaska on September 2, 2009.

This motion is related to the Motion for Relief from Stay filed by AES in the proceeding entitled In re Groundhog Mines, LLC, Case no. A-09-00575.

Under AS 38.05.195, the State of Alaska permits certain natural persons and entities to acquire rights to deposits of minerals on land belonging to the State of Alaska. Under AS 38.05.210, the State of Alaska requires that the owner of a mining claim perform annual labor upon each claim (except those claims located on state selected land) or make a payment to the State of Alaska in lieu of annual labor. The deadline to complete the annual labor is September 1, 2009 at noon, as stated in 11 AAC 86.220(a). The deadline to make the payment in lieu of annual labor to the State of Alaska is September 1, 2009. The total labor due is $21,600 for the claims owned by the debtor (also known as the "Nika Group Claims"), which equals $400 of labor for each claim. Failure to perform annual labor or make the payment in lieu of annual labor constitutes forfeiture or abandonment of the mining claims under AS 38.05.265 and 11 AAC 86.220(h). *Chalovich v. State*, 104 P.3d

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ALASKA EARTH SCIENCES, INC.'S MOTION FOR
RELIEF FROM STAY
Case No. A-09-00574
Page 3 of 6

125, 132 (Ak. 2004). Forfeiture or abandonment of the Nika Group Claims eliminates the AES collateral. Since AES collateral is subject to total loss, AES cannot afford to wait and see whether the debtor complies with the requirements for annual labor.

The debtor has not filed a motion for debtor in possession financing to show that the debtor has a source of funds to perform annual labor or make a payment in lieu of annual labor. The undersigned asked debtor's counsel for confirmation that funds will be available, and did not receive confirmation.

AES seeks an order that requires that debtor make the payment in lieu of annual labor to the State of Alaska by 4:30 pm on August 28, 2009 and provide immediate proof to AES in the form of a receipt from the State of Alaska. If debtor fails to do so, the order should grant AES relief from stay effective 5 p.m. on August 28, 2009, so debtor can conduct its foreclosure sale on August 31, 2009, obtain title to the mining claims, and make the payment in lieu of annual labor to the State of Alaska before the deadline after which the State of Alaska will deem the mining claims abandoned.

AES provided professional geological services to R. Gregory Ellis ("Ellis") for exploration work on three groups of State of Alaska mining claims in the Iliamna Recording District, in proximity to the Pebble project. The three groups of claims are Nika, Groundhog and Stuy. AES filed a lawsuit in October 2008 in State of Alaska Superior Court to collect the amounts due it for the work performed. AES and Ellis reached a resolution in January 2009. The resolution provided that limited liability companies

formed by Ellis would take ownership of the claims groups with the same name, and that Ellis, Nika Mines, LLC and Groundhog Mines, LLC would grant AES a deed of trust on the Nika and Groundhog Group Claims to secure payment of the amount owed. On January 6, 2009 the parties recorded the documents transferring claims to Nika Mines, LLC and Groundhog Mines, LLC, and a deed of trust in favor of AES covering the Nika Group Claims and the Groundhog Group Claims.

Since payment to avoid forfeiture or abandonment of the Nika and Groundhog Group Claims is due on September 1, 2009 and the AES deed of trust includes the Nika and Groundhog Group Claims, AES files this Motion for Relief from Stay on shortened time to preserve its collateral.

DATED this 24th day of August, 2009.

        K&L GATES LLP

        By:  /s/
         Joan Travostino, AK Bar No. 8110068
         Attorney for Alaska Earth Sciences, Inc.
         K&L Gates LLP
         420 L Street, Suite 400
         Anchorage, AK 99501-1937
         Telephone: 907-279-8561
         Facsimile: 907-276-1365

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the
24th day of August, 2009, the foregoing document
was served by ECF on:

U.S. Trustee

David H. Bundy, Attorney for Debtor

ALASKA EARTH SCIENCES, INC.'S MOTION FOR
RELIEF FROM STAY
Case No. A-09-00574
Page 5 of 6

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK  99503

By:   /s/
    Joan Travostino

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969