IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

IN RE:

NIKA MINES, LLC
GROUNDHOG MINES, LLC

CASE NO. A09-00574-HAR
CASE NO. A 09-00575-HAR

DECLARATION OF DUSTIN R. ALLEN

DUSTIN R. ALLEN declares:

1. I am the sole owner of one hundred percent (100%) of the member units of CAT Holdings, LLC. CAT Holdings, LLC is the sole owner of one hundred percent (100%) of the member units of Groundhog Mines, LLC and Nika Mines, LLC. I am over the age of 18 years, am a citizen of the United States, have personal knowledge of all matters stated in this declaration, and am competent to testify to the same.

2. The Court granted a Motion of Relief of Stay to be effective at 12:00PM, noon, Alaska Time, October 14, 2009, if the payment in lieu of work fees were not paid at or prior to 12:00PM, noon, Alaska Time, October 14, 2009.

3. I have made arrangements for the payment of the fees to the State of Alaska and had expected the funds to be wired to the Trust Account of JP Tangen in ample time to allow him to make payment of the fees to the State of Alaska.

DECLARATION OF DUSTIN R. ALLEN- 1

4. I have been working to secure funds for payment since the date the Court issued its order.

5. I have been advised as of 12:10PM, Pacific Standard Time, today, October 14, 2009, that the funds have been wired. I do not have a wire tracking number at this time to confirm that funds have been wired from Blackhawk Investments, LTD., whose office is in London, England.

6. I have been assured that the funds have been made available and will arrive in the Trust Account of JP Tangen, Attorney in Anchorage, Alaska.

7. Mr. Ben Durham at my office has been in communication with Linda Books, (907) 269-8647, State of Alaska Division of Mining and Lands regarding an extension for the payment of fees to the State of Alaska. Ms. Books informed Mr. Durham that she had been in contact with Kerwin Krause (907) 269-8652, Director of the State of Alaska Division of Mining and Lands. Ms. Books has stated that the State has requested an extension for the payment of fees.

8. Mr. Durham participated in a conference call with Mr. David Bundy, our attorney, and Mr. Krause, Director of the State of Alaska Division of Mining and Lands at 11:45AM, Alaska time, Wednesday, October 14, 2009, and has confirmed that the State of Alaska supports an extension of the payment of the fees as requested herein to Friday, October 16, 2009, 12:00PM, noon, Alaska time.

9. I am requesting that the Court extend the time for the payment of the fees to the State of Alaska and the lifting of the Stay, from 12:00PM, noon, Alaska

DECLARATION OF DUSTIN R. ALLEN- 2

time, Wednesday, October 14, 2009, to 12:00PM, noon, Alaska time, Friday, October 16, 2009.

I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 14th day of October, 2009, at Summerlin, Nevada.

_____
Dustin R. Allen

DECLARATION OF DUSTIN R. ALLEN- 3