David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK 99503
(907) 248-8431
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| NIKA MINES, LLC, | ) | Case No. A-09-00574 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO DISMISS

The Debtor moves for dismissal of this case because it has been unable to raise funds sufficient to preserve its mining claims and they have been sold at a foreclosure sale. There is no purpose to continuing these bankruptcy proceedings.

Dated this 23rd day of October, 2009.

DAVID H. BUNDY, PC
Attorney for Debtor

  _/s/ David H Bundy_____
David H. Bundy

**CERTIFICATE OF SERVICE**
  The undersigned hereby certifies that on the 23rd day of October, 2009, the foregoing document was served by ECF on
 -   parties listed on mailing matrix.

By___/s/ David H. Bundy_____
       David H. Bundy

Page 1:        Motion to Dismiss